**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ENDO PAR INNOVATION COMPANY, LLC; PAR PHARMACEUTICAL, INC.; and PAR STERILE PRODUCTS, LLC,

*Plaintiffs*,

v.

BPI LABS, LLC and BELCHER PHARMACEUTICALS, LLC,

*Defendants*.

Case No. 8:23-cv-1953-WFJ-TGW

**JOINT MOTION FOR EXTENSION OF**
**TIME TO FILE CASE MANAGEMENT REPORT**

Plaintiffs Endo Par Innovation Company, LLC, Par Pharmaceutical, Inc., and Par Sterile Products, LLC and Defendants BPI Labs, LLC and Belcher Pharmaceuticals, LLC (collectively the "Parties") move under Federal Rule of Civil Procedure 6(b) for a twenty-three-day extension of the time to file the case management report, up to and including January 12, 2024.

The Defendants first appeared in this action on November 10, 2023. Accordingly, under Local Rule 3.02(b)(1), the case management report is due to be filed no later than December 20, 2023.

Rule 6(b) allows the Court, upon motion, to extend a deadline "for good cause." Fed. R. Civ. P. (6)(b)(1). Because of the holidays and obligations in other cases, counsel for the Parties have not yet been able to hold a case management conference. A brief extension of the time to complete the case management conference and file a case management report will not unduly delay the progress of the case or prejudice any party. There is therefore good cause for an extension.

Accordingly, the Parties respectfully request a twenty-three-day extension of the time to file the case management report, up to and including January 12, 2024.

Dated: December 19, 2023

s/*Michael E. Lockamy*
Michael E. Lockamy
Florida Bar No. 69626
mel@bedellfirm.com
John G. Woodlee
Florida Bar No. 0100990
jgw@bedellfirm.com
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
101 East Adams Street
Jacksonville, FL 32202
Telephone: (904)353-0211
Facsimile: (904) 353-9307

Aziz Burgy*
AXINN, VELTROP &
HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
aburgy@axinn.com

Matthew J. Becker*
AXINN, VELTROP & HARKRIDER
LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
mbecker@axinn.com

s/*Taras A. Gracey*
Taras A. Gracey*
JMT LEGAL SERVICES, LLC
205 North Michigan Avenue, Suite 810
Chicago, IL 60601
Telephone: (312) 818-3088
tgracey@jmtlegalservices.com

**admitted pro hac vice*

Mindi M. Richter
Florida Bar No. 00044827
SHUMAKER, LOOP & KENDRICK, LLP
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602
Telephone: (813) 229-7600
Facsimile: (813) 229-1660
mrichter@shumaker.com

*Attorneys for Defendants BPI Labs, LLC and Belcher Pharmaceuticals, LLC*

Ricardo S. Camposanto*
AXINN, VELTROP &
HARKRIDER LLP
55 Second Street
San Francisco, CA 92105
Telephone: (415) 490-1518
Facsimile: (415) 490-2001
rcamposanto@axinn.com

**admitted pro hac vice*

*Attorneys for Plaintiffs Endo Par Innovation Company, LLC; Par Pharmaceutical, Inc.; and Par Sterile Products, LLC*